DAVID M. REAVES
Bankruptcy Trustee
P.O. BOX 44320
PHOENIX, AZ 85064
(602) 241-0101

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| In re: | ) | CHAPTER 7 |
|---|---|---|
| WILLIAMS, DINA JO, | ) | CASE NO. 2: 08-bk-00661-GBN |
| Debtor(s) | ) | PETITION TO PAY DIVIDEND IN AMOUNT LESS THAN $5.00 TO THE CLERK OF THE U.S. BANKRUPTCY COURT |

DAVID M. REAVES, Trustee, reports that the following dividend(s) in amounts less than $5.00 were declared, and that pursuant to Bankruptcy Rule 3010 requests that such dividend(s) not be distributed to creditors, but shall be treated in the same manner as unclaimed funds as provided in §347 of the Code.

| CLAIM NO. | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|
| 1 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | $3.42 |
| 2 | T Mobile USA Inc<br>Attn: Bankruptcy Dept.<br>PO Box 53410<br>Bellevue, Wa 98015-3410 | $2.27 |
| 3 | Batoon, Diana Dr.<br>11111 N. Scottsdale Rd., Suite 130<br>Scottsdale, AZ 85254 | $0.46 |
| 4 | Governor's State University<br>Attn: Dale Hobbs<br>1 University Parkway<br>University Parkway, IL 60466 | $4.67 |

*February 15, 2011*  /s/ David M. Reaves
DATE  David M. Reaves, Trustee